# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA J. NASH,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No. 13-1042-D |

## ORDER OF REMAND

Before the Court is Defendant's Motion to Remand [Doc. No. 17]. Plaintiff has not responded to the Motion and the time for doing so has expired. Pursuant to LCvR 7.1(g) the Court may deem the Motion confessed. Upon review of the Motion, the Court finds:

1. Judgment should be entered reversing the decision of the Commissioner and remanding this case to Defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. §405(g). *See Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

2. Upon remand the Administrative Law Judge (ALJ) will further consider Plaintiff's residual functional capacity, including her mental limitations; reevaluate the medical opinion evidence; and obtain supplemental evidence from a vocational expert.

IT IS THEREFORE ORDERED that the decision of the Commissioner denying Plaintiff's application for supplemental security income benefits is REVERSED. This matter is

REMANDED to the Commissioner for further administrative proceedings, as more fully set forth herein.

IT IS SO ORDERED this 1st day of July, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE